[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 18, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-16593
Non-Argument Calendar

_____

D. C. Docket No. 05-00016-CR-4-RH-WCS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRAIG RUSSELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(July 18, 2006)**

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

This appeal presents one issue: whether supervised release standard

condition No. 13 delegates a judicial function to the district court's probation office. We resolved this issue in <u>United States v. Nash</u>, 438 F.3d 1302, 1306 (11th Cir. 2006).[1] "Standard Condition Thirteen . . . does not improperly delegate a judicial function to a probation officer. . . ." <u>Id.</u> at 1306.

AFFIRMED.

---

[1] The mandate in <u>Nash</u> issued on April 14, 2006.